HILLSBOROUGH COUNTY (Henderson Boulevard), Plaintiff in Error, v. HIGHWAY ENGINEERING & CONSTRUCTION COMPANY, Defendant in Error.

199 So. 506
En Banc
Opinion Filed November 22, 1940
Rehearing Denied January 15, 1941

*John W. Cone, H. C. Tillman* and *W. F. Himes,* for Plaintiff in Error;

*Knight & Thompson, John Bell, Bedell & Bedell* and *George C. Bedell,* for Defendant in Error;

*F. P. Fleming* and *J. S. Diver,* as *Amici Curiae.*

PER CURIAM.—The record and briefs in this cause have been examined and the judgment is reversed on authority of Hillsborough County v. Highway Engineering and Construction Company, Inc. (Woodmont Avenue), filed this day. (See page 83.)

It is so ordered.

TERRELL, C. J., BUFORD, CHAPMAN and THOMAS, J. J., concur.

BROWN, J., dissents.

WHITFIELD, J., disqualified.